COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS


JOHNNY EADS,


 Appellant,


v.


MBNA AMERICA BANK, N.A.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00061-CV



Appeal from the


34th District Court


of El Paso County, Texas


(TC#2006-1466)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss the appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant has complied with the requirements of Tex.R.App.P. 42.1(a)(1).
Having considered the motion, we conclude it should be granted because no party will be denied
relief to which it would otherwise be entitled. Therefore, we grant Appellant's motion to dismiss,
and in accordance with the parties' agreement, costs are taxed against the party incurring the same.
See Tex.R.App.P. 42.1(d).


 GUADALUPE RIVERA, Justice

June 17, 2009


Before Chew, C.J., McClure, and Rivera, JJ.